# EXHIBIT B

TIPS – Page 2 – ExBriteUSA

www.allsumhome.com/blogs/news?page=2

ExBrite USA

Launch Event Medicine Cabinets Bathroom Mirrors Shower Doors Bathroom Vanities



## Allsumhome Bathroom Lighting Lumens: Providing ...

JULY 25, 2023

The bathroom is where we begin and end our day



## What is an LED Bathroom Mirror?

FEBRUARY 11, 2023

ExBriteUSA provides you with various cabinet customization services including medicine

0

URL: https://www.allsumhome.com/blogs/news?page=2

Screenshot Taken: 2024-08-11 21:31 (Europe/Budapest) Case ID: CAS-127854 URL ID: UID-01025514 IP Addresses: Client "89.134.6.215" contacted server "www.allsumhome.com" at "2620:127:f00f:e::".

TIPS – Page 2 – ExBriteUSA — Mozilla Firefox

TIPS – Page 2 – ExBriteUSA

https://www.allsumhome.com/blogs/news?page=2

ExBrite USA

Launch Event | Medicine Cabinets | Bathroom Mirrors | Shower Doors | Bathroom Vanities



## Allsumhome Bathroom Lighting Lumens: Providing ...

JULY 25, 2023

The bathroom is where we begin and end our day, making proper lighting essential. However, for many, choosing suitable bathroom lighting fixtures and understanding their required lumens can be a...



## What is an LED Bathroom Mirror?

FEBRUARY 11, 2023

ExBriteUSA provides you with various cabinet customization services including medicine cabinets, shower doors, bathroom mirrors, cabinets, BATHROOM VANITY LIGHTS, mirror cabinets, and Cabinet customization

0






Modified: 11 Aug 2024 Screenshot: 11 Aug 2024 19:33:18 Display Size: 666x307px
ed: 11 Aug 2024 Screenshot: 11 Aug 2024 19:33:18 Display Size: 66 307px

Allsumhome Bathroom Lighting ×

www.allsumhome.com/blogs/news/allsumhome-bathroom-lighting-lumens-providing-appropriate-illumination-for-your-bathroom

ExBrite® USA

Launch Event ⌄ Medicine Cabinets ⌄ Bathroom Mirrors ⌄ Shower Doors ⌄

Bathroom Vanities ⌄



0

**URL:** https://www.allsumhome.com/blogs/news/allsumhome-bathroom-lighting-lumens-providing-appropriate-illumination-for-your-bathroom

**Screenshot Taken:** 2024-08-11 21:34 (Europe/Budapest) **Case ID:** CAS-127854 **URL ID:** UID-01025634 **IP Addresses:** Client "89.134.6.215" contacted server "www.allsumhome.com" at "2620:127:f00f:e::".

ExBrite USA

Launch Event Medicine Cabinets Bathroom Mirrors Shower Doors Bathroom Vanities



## Allsumhome Bathroom Lighting Lumens: Providing ...

JULY 25, 2023

The bathroom is where we begin and end our day, making proper lighting essential. However, for many, choosing suitable bathroom lighting fixtures and understanding their required lumens can be a...



## What is an LED Bathroom Mirror?

FEBRUARY 11, 2023

ExBriteUSA provides you with various cabinet customization services including medicine cabinets, shower doors, bathroom mirrors, cabinets, BATHROOM VANITY LIGHTS, mirror cabinets, and Cabinet customization

0






Modified: 11 Aug 2024 Screenshot: 11 Aug 2024 19:33:18
Modified: 11 Aug 2024 Screenshot: 11 Aug 2024 19:33:18

Free shipping / shipped from CA or NJ / within 3-9 days delivery





# Allsumhome Bathroom Lighting Lumens: Providing Appropriate Illumination for Your Bathroom

JULY 25, 2023

Share

The bathroom is where we begin and end our day, making proper lighting essential. However, for many, choosing suitable bathroom lighting fixtures and understanding their required lumens can be a perplexing matter. In this article, sponsored by Allsumhome, we will delve into the knowledge of lumens needed for bathroom lighting, helping you make informed decisions about your bathroom's lighting needs. We'll also explore the benefits of incorporating Allsumhome's high-quality medicine cabinets and lighted bathroom mirrors into your bathroom lighting design.

1.

The Importance of Bathroom Lighting: Bathroom lighting not only affects our comfort and visual experience but also relates to our safety. Proper lighting is essential for accomplishing various tasks in the bathroom, such as washing the face, brushing teeth, applying makeup, and showering. Whether it's a medicine cabinet or a lighted bathroom mirror from Allsumhome, incorporating these fixtures into your bathroom lighting design can enhance the functionality and aesthetics of your space.

2.

Types of Bathroom Lighting: Before selecting bathroom fixtures, understanding the different types of lighting is crucial. The primary types of bathroom lighting include:

a. General Lighting: Provides basic illumination for the entire bathroom. Usually installed as ceiling fixtures or semi-flush mounts, they can cover a larger area. Allsumhome offers a wide range of stylish ceiling fixtures to suit your bathroom's design.

b. Task Lighting: Offers focused, bright lighting for specific tasks, such as vanity lights above the mirror or lighting in the shower area. Allsumhome's lighted bathroom mirrors are equipped with energy-efficient LED lights, ensuring clear visibility for grooming tasks.

c. Decorative Lighting: Used to add decorative effects to the bathroom, such as wall sconces or decorative pendant lights. Allsumhome's collection includes elegant and modern wall sconces that can elevate your bathroom's ambiance.

3.

Lumens Required for Bathroom Lighting: Lumens are the unit of measurement for light brightness. For bathroom lighting, the required lumens depend on the bathroom's size, purpose, and personal preferences. Generally, a range of 70 to 100 lumens per square foot is reasonable. Allsumhome's LED fixtures provide sufficient brightness while saving energy, making them an ideal choice for your bathroom lighting needs.

4.

Lighting Layout and Design: In addition to the required lumens, the layout and design of lighting are also crucial. Allsumhome offers a diverse selection of medicine cabinets with built-in LED lighting, combining storage and illumination in one convenient unit. Properly installing various types of lighting fixtures, including lighted bathroom mirrors and medicine cabinets, can achieve excellent lighting effects while optimizing space utilization.

5.

Energy-Efficient Lighting Options: Considering energy-efficient options when choosing bathroom lighting is also recommended. LED fixtures, such as those offered by Allsumhome, are the most popular energy-saving choice, as they consume less electricity, have a longer lifespan, and provide bright yet soft illumination. Upgrading your bathroom lighting with Allsumhome's LED fixtures can significantly reduce energy consumption while elevating your bathroom's overall aesthetics.

Conclusion: Proper bathroom lighting not only offers a comfortable ambiance but also ensures we can safely carry out daily tasks. By understanding the importance of bathroom lighting, the various lighting types, and the required lumens knowledge, along with incorporating Allsumhome's medicine cabinets and lighted bathroom mirrors into your bathroom lighting design, you can create a well-lit and functional space that exudes style and convenience. Enjoy every moment of bathing and relaxation in your beautifully illuminated bathroom, thanks to Allsumhome's top-notch lighting solutions!

← Back to blog

Contact us

Address: J Sing LLC 16192 Coastal Highway Lewes, Delaware, USA 19958

Support Hotline: +1 302 336 8180

Email: **sales@exbriteusa.com**

After-sales issues: **cs@exbriteusa.com**

*Notice:*
*Our customer service number has been misused externally. Our website remains secure. For authentic support, always contact us directly: +1 302 336 8180*



© 2024, ExBriteUSA Powered by Shopify

exbrite_3.jpg (WEBP Image, 533 × 705 pixels) — Mozilla Firefox

exbrite_3.jpg (WEBP Image, ×

https://www.allsumhome.com/cdn/shop/articles/exbrite_3.jpg?v=1690269124&width=533



Modified: 09 Aug 2024 Screenshot: 09 Aug 2024 17:11:45
Modified: 09 Aug 2024 Screenshot: 09 Aug 2024 17:11:45